**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LYLE F. WILLIAMS,

        Plaintiff,

v.

TOWNSHIP OF WATERFORD,

        Defendant.

_____/

Case No. 18-12319

Honorable Nancy G. Edmunds

## <u>ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S OCTOBER 31, 2019 REPORT AND RECOMMENDATION [18]</u>

Currently before the Court is the magistrate judge's October 31, 2019 report and recommendation. (ECF No. 50.)  The magistrate judge recommends that the Court grant Defendant's motion to dismiss Plaintiff's complaint.  The Court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party filed objections to the magistrate judge's report and recommendation.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012). The Court nevertheless agrees with the magistrate judge's recommendation.  The Court therefore **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation, and **GRANTS** Defendant's motion to dismiss.  It is therefore ordered that Plaintiff's complaint is **DISMISSED** with prejudice.

        **SO ORDERED**.

                s/ Nancy G. Edmunds
                NANCY G. EDMUNDS
                United States District Judge

Dated:  December 19, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 19, 2019, by electronic and/or ordinary mail.

<u>s/Lisa Bartlett</u>
Case Manager